# EXHIBIT "A"

## EXPERT WITNESS STATEMENT
## IN RE:
## HAAC Chile, S.A. v. Bland Farms, LLC and Delbert Bland
## Before U.S. District Court, Southern District of Georgia (Statesboro)
## Case No. CV-606-086

In reaching the opinions expressed herein, I have reviewed the following documents:

- Complaint before the United States District Court, with Attachment 1.
- Agreement between HAAC Chile and Bland Farms
- La Fraguilla Expense Documents from HAAC Chile.
- Parcela 13 La Torina Expense Documents from HAAC Chile
- Parcela 14 La Torina Expense Documents from HAAC Chile.
- Parcela 45 Expense Documents from HAAC Chile.
- Resume Expense Documents from HAAC Chile
- Sucesion Acuna Expense Documents from HAAC Chile.
- Sucesion Lara Expense Documents from HAAC Chile.
- Numerous emails from HAAC Chile; some with photos of growing crop starting in April 2004 and extending through November 30, 2004.
- Emails and photos from Bland Farms to HAAC Chile advising HAAC Chile that received onions are in bad conditions, badly stained, etc

Given the nature of the dispute, there appear to be several matters within my area of expertise crucial to a determination of liability:

1. In my professional opinion and experience, the average cost of growing sweet onions in Chile in US dollars averaged between $6,000 to $7,000 per hectare in 2004 (includes growing, harvesting and packing, all costs in Chile, excludes freight). Assuming $7000.00 a hectare, the expected cost would be $189,000.00. The agreement allowed $10,800.00 per hectare (for 27 hectares) for a total of $291,600.00 which is EXCESSIVE. HAAC Chile claimed actual cost of $266,522.00 ($9,871.18 per hectare). Further review of costs submitted by HAAC Chile, indicate that HAAC Chile does not have adequate documents to support his claimed costs of $266,522.00

2. Good agricultural practices are crucial in the success of sweet onion quality and volume in Chile. Upon review of photos, emails and documented expenses provided by HAAC Chile, good agricultural practices including pesticide application and phytosanitary controls do not appear to have been observed. If these practices were managed effectively, the quality of the sweet onions received would have been improved and the quantity of onion shipped would have equaled or exceeded the 54 container expectation that appears in the agreement (only 20 containers received).

3. A review of pictures dated October 27, 2004 sent by the HAAC Chile illustrates that the onions were in a slower vegetative stage with less foliage per plant indicating the onions were in the bulbing stage as of that date. Once the onions were in this stage, they should have been harvested within two weeks. The reported harvest date of November 30, 2004 left the onions unharvested in the field too long causing quality and yield concerns. The delayed date of harvest coupled with the high humidity of the region caused the onions not to cure properly thereby giving the onions a stained appearance and diminished quality.

4. Further review of photos sent by the HAAC Chile in October 2004 illustrates the presence of disease.

Respectfully submitted,

Alfredo Cornejo Delgado
November 27, 2007