# EXHIBIT "B"

# EXPERT WITNESS STATEMENT
# IN RE:
# HAAC Chile, S.A. v. Bland Farms, LLC and Delbert Bland
# Before U.S. District Court, Southern District of Georgia (Statesboro)
# Case No. CV-606-086

In reaching the opinions expressed herein, I have reviewed the following documents:

- Complaint before the United States District Court, with Attachment 1.
- Agreement between HAAC Chile and Bland Farms
- La Fraguilla Expense Documents from HAAC Chile.
- Parcela 13 La Torina Expense Documents from HAAC Chile
- Parcela 14 La Torina Expense Documents from HAAC Chile.
- Parcela 45 Expense Documents from HAAC Chile.
- Resume Expense Documents from HAAC Chile.
- Sucesion Acuna Expense Documents from HAAC Chile.
- Sucesion Lara Expense Documents from HAAC Chile
- Numerous emails from HAAC Chile; some with photos of growing crop starting in April 2004 and extending through November 30, 2004.
- Emails and photos from Bland Farms to HAAC Chile advising HAAC Chile that received onions are in bad conditions, badly stained, etc.

Given the nature of the dispute, there appear to be several matters within my area of expertise crucial to a determination of liability:

1. Utilizing my professional opinion and experience, I expected to be able to expound on the utilization of pesticide, fertilization, and chemical applications and the characteristic of various pest and diseases present. However, until Bland is provided with dates of application of chemicals and fertilization (incomplete data received from HAAC Chile), an opinion cannot be made.

2. Good agricultural practices are crucial to the success of sweet onion quality and volume in Chile. The major issue with winter onions is neck damage leading to neck rot or botrytis. Upon review of photos, emails and documented expenses provided by HAAC Chile, it is apparent that botrytis neck rot was a major problem and according to HAAC Chile documents proper chemicals were not used. Additionally, pictures of onions received at Bland Farms from HAAC Chile indicate prevalence of botrytis. The extent of the damage indicates the pathogens presence would have been apparent prior to shipment

Respectfully submitted,

Reid Torrance
November 27, 2007